No. 9594.

THE PEOPLE EX REL. BROSIUS, ADMINISTRATOR, *v.* THE NA-
TIONAL SURETY COMPANY. '

Decided January 10, 1921.   Motion to reinstate denied March 7, 1921.

*Writ of Error Dismissed.*

1. APPEAL AND ERROR—*Writ of Error—Time for.*   Under rule 16, in
force January 22, 1917, limiting the time for issuing writs of
error to two years from the entry of judgment, the writ of error
in this case was dismissed.

*Error to the District Court of Pueblo County, Hon. J. E.
Rizer, Judge.*

Mr. S. D. BROSIUS, *pro se.*

Mr. M. G. SAUNDERS, Mr. E. F. CHAMBERS, for defendant
in error.

MR. JUSTICE TELLER delivered the opinion of the court.

THE judgment sought to be reviewed in this case was
entered in the district court of Pueblo County, May 13,
1916.   A writ of error to review the same was sued out
May 12, 1919.   At the time the judgment was entered, the
rules of 1914 were in force, under which, by Rule 14, the
time for suing out a writ of error was limited to one year.
Rule No. 16 of the rules in force January 22, 1917, which
was in effect when this writ of error was issued, limited the
time for issuing writs of error to two years from the entry
of the judgment.

Plaintiff in error was too late in bringing the cause to
this court, and under the rules we are prohibited from con-
sidering the case.

The writ of error is therefore dismissed.

MR. CHIEF JUSTICE GARRIGUES and MR. JUSTICE DENISON
concur.